IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, et al.,   Plaintiffs,  v.  LMR CONTSTRUCTION CO., INC.,   Defendant. | Civil Action No. 07-1676 (RMC) |

## DECLARATION OF IRA MITZNER IN SUPPORT OF
## SERVICE OF SUMMONS AND COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, **IRA R. MITZNER**, hereby declare as follows:

1. I am a partner with the firm of Dickstein Shapiro LLP and the counsel to the Plaintiffs in the above-captioned case.

2. On November 13, 2007, service of the Summons and Complaint in this action was made upon LMR Construction Co., Inc. by delivering said documents at 13271 Bass Lake Road, Chardon, OH 44024 upon Louise Rippleman, offce manager, owner, authorized to accept service on behalf of LMR Construction Co., Inc.

3. Proof of such service is provided by the Declaration of process server, Ben Purser, attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 12/10/07

_____
Ira R. Mitzner

DSMDB-2364314v01

Exhibit 1

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN FLYNN, et al.,

Plaintiffs,

V.

LMR CONSTRUCTION CO., INC.

Defendant.



**SUMMONS IN A CIVIL CASE**

CASE  Case: 1:07-cv-01676
Assigned To : Collyer, Rosemary M.
Assign. Date : 9/21/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

LMR CONSTRUCTION CO., INC.
13271 Bass Lake Road
Chardon, OH  44024

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ira R. Mitzner, Esquire
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC 20006-5403

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    SEP 2 1 2007
CLERK                                       DATE

(By) DEPUTY CLERK

ORIGINAL

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 11-13-07 @ 2:20 pm |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Ben Purser | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by serving Louise Rippleman, Office Manager, authorized to accept. Service was completed at 13271 Bass Lake Road, Chardon, OH 44024.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on NOVEMBER 14, 2007
         Date

Signature of Server    BEN PURSER

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

Address of Server

\* Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.