Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.

Plaintiff(s)

v.

Civil Action No. 07-1676 (RMC)

LMR CONSTRUCTION CO., INC.

Defendant(s)

RE: LMR CONSTRUCTION CO., INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on November 13, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 11th day of December, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk