UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 07-1676 (RMC) |
| v. ) | |
| ) | |
| LMR CONSTRUCTION CO., INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER TO SHOW CAUSE

On September 21, 2007, Plaintiffs filed the complaint in this matter. The court record reflects that on November 13, 2007, Defendant was served with a summons and copy of the complaint. Upon Plaintiffs' affidavit under Federal Rule of Civil Procedure 55(a), the Clerk entered default as to LMR Construction Co., Inc. on December 11, 2007. There has been no activity in this matter since.

Accordingly, it is hereby

**ORDERED** that, on or before April 4, 2008, Plaintiffs shall **SHOW CAUSE** why the Court should not dismiss this action pursuant to Local Rule 83.23 for failure to prosecute.

**SO ORDERED**.

Date: March 4, 2008                                     /s/
                                                    ROSEMARY M. COLLYER
                                                    United States District Judge