IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 07-1676 (RMC) |
| | ) |
| LMR CONSTRUCTION CO., INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFFS' RESPONSE TO MARCH 4, 2008 ORDER TO SHOW CAUSE

Plaintiffs, Trustees of the Bricklayers and Trowel Trades International Pension Fund, and Trustees of the International Masonry Institute ("Funds"), by their attorneys, hereby respond to the Court's March 4, 2008 Order to Show Cause as to why this action should not be dismissed for failure to prosecute. As explained below, Plaintiffs had prepared a Motion for Default Judgment for filing with the Court prior to entry of the Court's March 4, 2008 Order and is today filling Plaintiffs' Motion with Default Judgment with the Court.

1. Plaintiffs filed the Complaint in this action on September 21, 2007, seeking payment of fringe benefit contributions due the Funds by Defendant.

2. On December 10, 2007, Plaintiffs filed a return of Service Affidavit and an Affidavit in Support of Default.

3. On December 11, 2007, the Clerk entered Default against Defendant.

4. On March 3, 2008, the Court entered an order instructing Plaintiffs to show cause by April 4, 2008 why the Court should dismiss this action for failure to prosecute.

2404683.01

5. Today, March 5, 2008, Plaintiffs are filing a Motion for Default Judgment, previously prepared on February 28, 2008, which now has been fully executed for filing with the Court.

Accordingly, the Plaintiffs respectfully request that this case not be dismissed.

Date: March 5, 2008

Respectfully submitted,

By: _____
Ira R. Mitzner, (DC Bar No. 184564)
Charles V. Mehler III, (DC Bar No.475909)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, DC 20006
(202) 420-2234

Counsel for Plaintiffs

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al., )
                    )
        Plaintiffs, )
                    )
        v.          ) Civil Action No. 07-1676 (RMC)
                    )
LMR CONSTRUCTION CO., INC., )
                    )
        Defendant.  )
                    )

## ORDER

Upon consideration of the Plaintiffs' Response to the Court's March 4, 2008 Order to Show Cause, and Plaintiffs' filing of a Motion for Default Judgment on March 5, 2008, the Court finds that Plaintiffs' request that this action not be dismissed should be granted.

**ACCORDINGLY**, it is hereby

**ORDERED**, that Plaintiffs' request be, and it hereby is, GRANTED and further

**ORDERED**, that the Order to Show Cause entered on March 4, 2008, is discharged.

**SO ORDERED**, this _____ day of _____, 2008.

_____
Rosemary M. Collyer
United States District Judge

2404685.01