UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 07-1676 (RMC) |
| LMR CONSTRUCTION CO., INC., | ) ) ) |
| Defendant. | ) ) |

## ORDER TO SHOW CAUSE

On September 21, 2007, Plaintiffs, John Flynn, *et al.*, filed a Complaint against Defendant LMR Construction Co., Inc., seeking to enforce the terms of the Plan and Trust Agreements adopted by the Bricklayers & Trowel Trades International Pension Fund ("IPF" or "Fund") and International Masonry Institute ("IMI"), and the provisions of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1001 *et seq*. On November 13, 2007, LMR Construction Co., Inc., was served with the Summons and Complaint. *See* Dkt. # 2. Defendant's answer was due December 3, 2007. Defendant has failed to appear, plead, or otherwise defend Plaintiffs' Complaint as provided by the Federal Rules of Civil Procedure. As a result, the Clerk of this Court entered default against Defendant LMR Construction Co., Inc., on December 11, 2007. On March 5, 2007, Plaintiffs filed a motion for entry of default judgment. *See* Dkt. # 7. Accordingly, it is hereby

**ORDERED** that on or before **May 2, 2008**, Defendant LMR Construction Co., Inc. shall **SHOW CAUSE** why the Court should not grant Plaintiffs' motion for default judgment [Dkt. # 7].

**SO ORDERED**.

Date:  April 11, 2008                                /s/
                                                                    ROSEMARY M. COLLYER
                                                                    United States District Judge